IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Ohio State University, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00400 |
| v. | : | Judge Frost |
| Ohio State Sales, LLC and Edwin R. James, Sr., d/b/a Ohio State Auto Sales, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

## ORDER

Plaintiff The Ohio State University's July 2, 2013 application to the Clerk for entry of default against defendant Edwin R. James, Sr. d/b/a Ohio State Auto Sales (doc. 8) is DENIED. The summons was issued to Ohio State Auto Sales, LLC, not Edwin R. James, Sr. It does not appear that plaintiff has properly served Edwin R. James, Sr. The Court also notes that the amended complaint does not appear to have been served on Edwin R. James, Sr., d/b/a Ohio State Auto Sales. The certificate of service for the application for entry of default states that a copy of the application was served upon counsel of record via the Court's electronic filing and notification system. Defendants are not represented by counsel and do not have access to the electronic filing and notification system.

s/Mark R. Abel<br>
United States Magistrate Judge